```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
              FORT PIERCE DIVISION
           CASE NO. 08-14027-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LARRY WILLIAM CORCORAN,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on June 25, 2008. A Report and Recommendation filed on July 9, 2008 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby Adopted and Approved in its entirety. The Defendant is adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of July, 2008.

                                            */s/ Donald L. Graham*
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Frank J. Lynch
        Jennifer C. Millien, AUSA
        Jonathan Pinoli, AFPD
```